■ The People of the State of New York, Respondent, v John Trisvan, Appellant. [885 NYS2d 637]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 13, 2001 (*People v Trisvan,* 280 AD2d 563 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered December 11, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Rivera, J.P., Skelos, Fisher and Miller, JJ., concur.